No. 5938.  Welty *v.* United States et al.  Motion for leave to file petition for writ of mandamus denied.

No. 557.  United States *v.* International Minerals & Chemical Corp.  Certified appeal from D. C. S. D. Ohio.  Probable jurisdiction noted.

No. 821.  United States *v.* Greater Buffalo Press, Inc., et al.  Appeal from D. C. W. D. N. Y.  Probable jurisdiction noted.

No. 577.  United States *v.* Johnson.  C. A. 9th Cir.  Certiorari granted.

No. 740.  Green *v.* Kentucky.  Ct. App. Ky.  Certiorari granted.

No. 785.  National Labor Relations Board *v.* Natural Gas Utility District of Hawkins County, Tennessee.  C. A. 6th Cir.  Certiorari granted.

No. 783.  Clay, aka Ali *v.* United States.  C. A. 5th Cir.  Certiorari granted limited to Question 4 presented by the petition which reads as follows:

"4. Whether petitioner's conviction should be vacated in light of this Court's decision in *Welsh* v. *United States,* 398 U. S. 333 (1970), because the denial to petitioner of a conscientious objector exemption may have been based upon the Department of Justice's erroneous characterization of his objections to participation in war as 'political and racial' rather than 'religious'?"

Mr. Justice Brennan is of the opinion that certiorari should be granted limited to Questions 1, 2, and 4 presented by the petition.  Mr. Justice Marshall took no part in the consideration or decision of this petition.